ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA  94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NORMA PACHECO ESPINO,<br>    Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,[1]<br>    Defendant. | No. 5:12-cv-01993 AJW<br><br>JUDGMENT |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1    Having approved the parties' joint stipulation to voluntary remand pursuant
2 to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT
3 ORDERS, ADJUDGES, AND DECREES that this case be remanded to the Social
4 Security Administration for further proceedings consistent with the joint stipulation
5 and that judgment be entered for Plaintiff.

7 Date:  August 07, 2013

_____
HON. ANDREW J. WISTRICH
United States Magistrate Judge